

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00321-CV

| | | |
|---|---|---|
| HENRY THIESSEN, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (184,975-B) |
| V. | § | November 15, 2018 |
| FIDELITY BANK, Appellee | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Henry Thiessen shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
        Justice Mark T. Pittman